IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GABRIEL MYRTHIL,
    Plaintiff,

vs.                              Case No.: 5:11cv194/RS/EMT

STEVEN KOROSECZ, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

       This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 28 U.S.C. § 1331 (Doc. 1).  By order of this court dated June 22, 2011, Plaintiff was given thirty (30) days in which to pay the filing fee or file a complete application to proceed in forma pauperis, and file an amended complaint (*see* Doc. 3).  Plaintiff failed to pay the filing fee or file an application to proceed in forma pauperis, or file an amended complaint; therefore, on July 27, 2011, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 4).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to pay the filing fee or file an application to proceed in forma pauperis, or file an amended complaint.

       Accordingly, it is respectfully **RECOMMENDED**:

       That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

       At Pensacola, Florida, this 24th day of August 2011.

                                             /s/ *Elizabeth M. Timothy*
                                             **ELIZABETH M. TIMOTHY**
                                             **UNITED STATES MAGISTRATE JUDGE**

### **NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).