IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GABRIEL MYRTHIL,

    Plaintiff,

vs.                                                   CASE NO. 5:11-cv-194/RS/EMT

STEVEN KOROSECZ, et al.,

    Defendants.

_____ /

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 5). Plaintiff has not filed any objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on October 5, 2011.

                                                    /S/ Richard Smoak
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**